UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| LISA K. GROGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.  1:05-CV-00009 |
| | ) | |
| BROOKE N. SAMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiffs' Motion to Dismiss Plaintiffs' Motion to Compel Discovery (Docket # 21) is hereby GRANTED, and the Motion to Compel (Docket # 16) directed to non-party Taylor Cadillac, Inc., is hereby DISMISSED.

SO ORDERED.

Enter for this 29th day of September, 2005.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge